UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY THREATT #182625, | )<br>) |
| Plaintiff, | ) Case No. 2:05-cv-97<br>) |
| v. | ) HON. GORDON J. QUIST<br>) |
| TERRI ARREDIA, et al., | )<br>) |
| Defendants. | ) **JUDGMENT**<br>) |

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a). For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

**IT IS FURTHER ORDERED** that Plaintiff's motions for declaratory judgment, a temporary restraining order, and to transfer to a new facility (docket #11) are **DENIED** as moot.

Dated: JUN 3 0 2005

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE